IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.	CASE NO.: 4:08cr29-SPM

LUTHER HAROLD MESSICK,

    Defendant.
_____/

### ORDER CONTINUING SENTENCING

Upon consideration, Defendant's Motion to Continue Sentencing (doc. 386) is granted. Defendant's sentencing hearing his reset for 1:30 p.m. on July 20, 2009, at the United States Courthouse in Tallahassee, Florida.

SO ORDERED this 8th day of May, 2009.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge